085726.0332 (207)                    RMC:lab                         No. 397

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| SENTINEL INSURANCE COMPANY, LIMITED, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 26-CV-2242 |
| TERRA ENGINEERING, LTD., PARK DISTRICT OF OAK PARK, an Illinois municipal corporation, and KELLY SIMOS, | ) ) ) ) ) | Judge Sunil R. Harjani |
| Defendants. | ) ) | |

### MOTION TO DISMISS OR STAY ON GROUNDS OF ABSTENTION

Now comes the Defendant, Park District of Oak Park, by its attorney, Robert Marc Chemers of Pretzel & Stouffer, Chartered, and pursuant to *Brillhart v. Excess Insurance Company of America,* 316 U.S. 491 (1942) and *Wilton v. Seven Falls Co.,* 515 U.S. 277 (1995), and for the reasons stated in its memorandum of law in support of this Motion, moves this Honorable Court to dismiss or stay this action on grounds of abstention.

WHEREFORE, the Defendant, Park District of Oak Park, respectfully asks this Court to enter an Order dismissing or staying this action on grounds of abstention.

Respectfully submitted:

*/s/  Robert Marc Chemers*
      Robert Marc Chemers

Robert Marc Chemers
PRETZEL & STOUFFER, CHARTERED
200 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone:   (312) 578-7548
Fax:              (312) 346-8242
E-Mail:       rchemers@pretzel-stouffer.com
*Attorneys for Defendant*